## JOSEPH A. AIAU, HORNER A. AIAU AND FRANCES S. L. TYAU, TRUSTEES OF THE ESTATE OF LOIKA AIAU, DECEASED *v.* ROSE K. AIAU.

### NO. 2735.

FILED SEPTEMBER 7, 1951.                    DECIDED JUNE 30, 1952.

LE BARON AND TOWSE, JJ., AND CIRCUIT JUDGE PARKS IN PLACE OF KEMP, C. J., RETIRED.

*Per Curiam.* This is a petition for rehearing of this court's dismissal of appeal recorded in its opinion at page 122, *ante*. The petition, however, is argumentative throughout and states no ground meriting consideration.

Petition denied without argument.

*Mrs. Sau Ung Loo Chan* and *W. Y. Char* for petition.